**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Paul E Jozwiak,<br><br>       Plaintiff,<br><br>v.<br><br>Raytheon Missile Systems, et al.,<br><br>       Defendants. | No. CV-20-00039-TUC-DCB<br><br>**ORDER** |

On March 19, 2020, the Court denied Plaintiff leave to proceed *in forma pauperis* and dismissed his Complaint for failure to comport with Rule 8, with leave to amend. The Court instructed him to amend the Complaint and then serve it, pursuant to Fed. R. Civ. P. 4(m), within 90 days. On May 8, 2020, the Plaintiff filed the amended Complaint and a Response to the Court's March 19, 2020, Order. To the extent the Response is a Motion for Reconsideration of the March 19, 2020 Order, it is denied. The First Amended Complaint has been docketed and the filing fee paid.

      **Accordingly,**

      **IT IS ORDERED** that the Plaintiff shall serve the First Amended Complaint within 90 days of its filing date, pursuant to Fed. R. Civ. P. 4.

      Dated this 12th day of May, 2020.

Honorable David C. Bury
United States District Judge