**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Paul E Jozwiak, | No. CV-20-00039-TUC-DCB |
| Plaintiff, | **ORDER** |
| v. | |
| Raytheon Missile Systems, et al., | |
| Defendants. | |

On May 13, 2020, the Court issued an Order (Doc. 14) directing the Plaintiff to serve the First Amended Complaint (Doc. 13), within 90 days pursuant to Rule 4 of the Federal Rules of Civil Procedure. Instead, he seeks leave to alternatively serve the Defendants by publication and/or email. He makes no showing as to why he cannot accomplish service pursuant to Rule 4.

**Accordingly,**

**IT IS ORDERED** that the Motions for Alternative Service (Docs. 16, 17)[1] is DENIED. The Court shall extend the time for service by another 30 days or until September 13, 2020. NO FURTHER EXENSIONS SHALL BE GRANTED.

///

///

///

---

[1] These documents are identical.

**IT IS FURTHER ORDERED** that this case shall be subject to dismissal for failure to serve the Summons and First Amended Complaint, thereafter.

Dated this 10th day of July, 2020.

Honorable David C. Bury
United States District Judge