**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Paul E Jozwiak, | No. CV-20-00039-TUC-DCB |
| Plaintiff, | **ORDER** |
| v. | |
| Raytheon Missile Systems, et al., | |
| Defendants. | |

On July 10, 2020, the Court afforded Plaintiff one last opportunity to serve the Summons and First Amended Complaint. The Court instructed that "NO FURTHER EXTENSION OF TIME SHALL BE GRANTED," and that the case would be subject to dismissal, thereafter. (Doc. 18.) It appears from the record, that the Plaintiff has not served the Summons and First Amended Complaint.

**Accordingly,**

**IT IS ORDERED** that within 21 days of the filing date of this Order, the Plaintiff shall show good cause for failing to comply with the service directive given by the Court. Failure to show good cause, shall result in the dismissal of this action without further notice to the Plaintiff.

Dated this 15th day of September, 2020.

David C. Bury
United States District Judge