**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Paul E Jozwiak, | No. CV-20-00039-TUC-DCB |
| Plaintiff, | **ORDER** |
| v. | |
| Raytheon Missile Systems, et al., | |
| Defendants. | |

On October 14, 2020, this Court for the first time approved alternative service by mail, granted the Plaintiff one-last 30-day extension of time to complete service, and ordered the Plaintiff to serve the Defendants alternatively at their last known home addresses. The Court ordered the Plaintiff to include in the service packet a copy of the Order approving the alternative method of service and directing any Defendant so served to respond. (Order (Doc. 44)). The Order expressly stated: "NO FURTHER EXTENSIONS SHALL BE GRANTED. Failure to comply with this Order for serving the Defendants within the time allowed shall result in dismissal of this action, without further notice to the Plaintiff." *Id.* at 4.

The Plaintiff has chosen to not comply with this Order and instead responded that the Court failed to properly consider the rules of service and drew erroneous conclusions. (Response (Doc. 47.) The Court considered the exact rules which are the subject of the Plaintiff's Response when it issued its October 14, 2020, Order. The Court will not

/////

1  reconsider its directives issued on October 14, 2020. Pursuant to those directives and notice
2  given therein, the Court dismisses this case.
3      **Accordingly,**
4      **IT IS ORDERED** that the Motion for Entry of Default (Doc. 45) is DENIED.
5      **IT IS FURTHER ORDERED** that this matter is dismissed for lack of service,
6  pursuant to Fed. R. Civ. P..4, and for failure to comply with Court directives.
7      **IT IS FURTHER ORDERED** that the Clerk of the Court shall enter Judgment,
8  accordingly, and close this case.
9      Dated this 5th day of November, 2020.

*[Signature]*
David C. Bury
United States District Judge