# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Paul E Jozwiak,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Raytheon Missile Systems, et al.,<br><br>　　　　Defendants. | **NO. CV-20-00039-TUC-DCB**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed November 6, 2020,  judgment is entered in favor of defendant and against plaintiff. Plaintiff to take nothing, and complaint and action are dismissed for failure to comply with the Court's order.

　　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

November 6, 2020

　　　　　　　　　　　　　　　　　　s/ C. Ortiz
　　　　　　　　　　　　　　　By　Deputy Clerk