**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Paul E Jozwiak, | No. CV-20-00039-TUC-DCB |
| Plaintiff, | **ORDER** |
| v. | |
| Raytheon Missile Systems, et al., | |
| Defendants. | |

The Court dismissed this case for lack of service on November 6, 2020, (Order (Doc. 48)), and entered Judgment (Doc. 49). On November 6, 2020, the Plaintiff filed a Notice (Doc. 50) and on November 16, 2020, he filed a Request for the Court to Explain its Ruling (Doc. 51). To the extent the Plaintiff seeks reconsideration, these filings are denied. The Court's Orders speak for themselves.

**Accordingly,**

**IT IS ORDERED** that to the extent, the Plaintiff seeks reconsideration (Docs. 50 and 51), it is denied.

Dated this 19th day of November, 2020.

David C. Bury
United States District Judge