**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Paul E Jozwiak, | No. CV-20-00039-TUC-DCB |
| Plaintiff, | **ORDER** |
| v. | |
| Raytheon Missile Systems, et al., | |
| Defendants. | |

The Plaintiff files a Request for the Clerk of the Court to Provide the Record to the Court of Appeals. This case was closed on November 6, 2020, for failure to serve it on Defendants. The Plaintiff appealed. The record was sent by the Clerk of the Court to the Ninth Circuit Court of Appeals, and the appellate court affirmed this Court's dismissal of the case on August 26, 2021. The Court does not see entry of a Mandate by the Ninth Circuit Court of Appeals but that is not a matter this Court has jurisdiction to address. This case is closed.

**Accordingly,**

IT IS ORDERED that the Motion to Provide the Record (Doc 62) is DENIED.

Dated this 20th day of April, 2022.

Honorable David C. Bury
United States District Judge