**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Paul E Jozwiak, | No. CV-20-00039-TUC-DCB |
| Plaintiff, | **ORDER** |
| v. | |
| Raytheon Missile Systems, et al., | |
| Defendants. | |

This case is closed, pursuant to an Order of this Court dismissing it for failure to serve the Complaint and Summons under Federal Rule of Civil Procedure 4(m). (Order (Doc. 48); (Judgment (Doc. 49). Plaintiff appealed, and the dismissal of the action has been affirmed by the Ninth Circuit Court of Appeals. (Doc. 64.) On August 10, 2022, Plaintiff filed a LEGAL-Motion to Void (Doc. 65) this Court's Order dismissing the action, wherein he complains that this Court exceeded its authority by presiding over the case without the consent of the parties. The Plaintiff is confused in believing that this Court's authority exists pursuant to provisions relevant to magistrate judges. This Court operates pursuant to the full authority of Article III of the United States Constitution.

///
///
///
///
///

1  **Accordingly,**

2  **IT IS ORDERED** that the Motion to Vacate (Doc. 65) is DENIED.

3  Dated this 12th day of August, 2022.

_____
Honorable David C. Bury
United States District Judge