**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Paul E Jozwiak, | No. CV-20-00039-TUC-DCB |
| Plaintiff, | **ORDER** |
| v. | |
| Raytheon Missile Systems, et al., | |
| Defendants. | |

This case is closed, pursuant to an Order of this Court dismissing it for failure to serve the Complaint and Summons under Federal Rule of Civil Procedure 4(m). (Order (Doc. 48); (Judgment (Doc. 49). Plaintiff appealed, and the dismissal of the action was affirmed by the Ninth Circuit Court of Appeals. (Doc. 64.)" (Order (Doc. 66) at 1.) Since then, the Plaintiff has twice asked for and this Court has refused to grant vacatur of the Order of dismissal and reopen the case. *See* (Order (Doc. 69), Motion (Doc. 68; Order (Doc. 66, Motion (Doc. 65). On February 6, 2024, he again filed a Motion to Void the

/////
/////
/////
/////
/////
/////

Order of dismissal and open the case for trial. For the reasons explained by the Court's prior orders, this request is denied.

**Accordingly,**

**IT IS ORDERED** that the Motion to Void Order and Reopen the Case (Doc. 70) is DENIED.

Dated this 22nd day of February, 2024.

_____
Honorable David C. Bury
United States District Judge